01

02

03                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
04                              AT SEATTLE

05   UNITED STATES OF AMERICA,        )    CASE NO. CR08-159-MJP
                                      )
06          Plaintiff,                )
                                      )
07          v.                        )    DETENTION ORDER
                                      )
08   JAVIER GASTELUM-INZUNZA,         )
                                      )
09          Defendant.                )
     _____ )

10

11   <u>Offense charged</u>:        Conspiracy to Distribute Cocaine and Methamphetamine

12   <u>Date of Detention Hearing</u>:    May 13, 2008

13          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

14   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

15   that no condition or combination of conditions which defendant can meet will reasonably assure

16   the appearance of defendant as required and the safety of other persons and the community.

17          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

18          1.      Defendant has been charged with a drug offense the maximum penalty of which

19   is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

20   dangerousness and flight risk, under 18 U.S.C. §3142(e).

21          2.      Defendant does not contest detention.

22          3.      The United States alleges that the defendant's presence in the United States is

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01 | illegal although an immigration detainer has not yet been lodged.

02 |     4.    Taken as a whole, the record does not effectively rebut the presumption that no

03 | condition or combination of conditions will reasonably assure the appearance of the defendant as

04 | required and the safety of the community.

05 | It is therefore ORDERED:

06 |     (1)    Defendant shall be detained pending trial and committed to the custody of the

07 |          Attorney General for confinement in a correction facility separate, to the extent

08 |          practicable, from persons awaiting or serving sentences or being held in custody

09 |          pending appeal;

10 |     (2)    Defendant shall be afforded reasonable opportunity for private consultation with

11 |          counsel;

12 |     (3)    On order of a court of the United States or on request of an attorney for the

13 |          Government, the person in charge of the corrections facility in which defendant is

14 |          confined shall deliver the defendant to a United States Marshal for the purpose of

15 |          an appearance in connection with a court proceeding; and

16 |     (4)    The clerk shall direct copies of this Order to counsel for the United States, to

17 |          counsel for the defendant, to the United States Marshal, and to the United States

18 |          Pretrial Services Officer.

19 | DATED this 13th day of May, 2008.

20

21

Mary Alice Theiler
United States Magistrate Judge

22

DETENTION ORDER                                               15.13
18 U.S.C. § 3142(i)                                           Rev. 1/91
PAGE 2