UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR08-159-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| JAVIER GASTELUM-INZUNZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:   Conspiracy to Distribute Cocaine and Methamphetamine

<u>Date of Detention Hearing</u>:   May 13, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been charged with a drug offense the maximum penalty of which is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. §3142(e).

2.   Defendant does not contest detention.

3.   The United States alleges that the defendant's presence in the United States is

DETENTION ORDER                                                                                                    15.13
18 U.S.C. § 3142(i)                                                                                                  Rev. 1/91
PAGE 1

01  illegal although an immigration detainer has not yet been lodged.

02      4.    Taken as a whole, the record does not effectively rebut the presumption that no
03  condition or combination of conditions will reasonably assure the appearance of the defendant as
04  required and the safety of the community.

05  It is therefore ORDERED:

06      (1)    Defendant shall be detained pending trial and committed to the custody of the
07      Attorney General for confinement in a correction facility separate, to the extent
08      practicable, from persons awaiting or serving sentences or being held in custody
09      pending appeal;

10      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
11      counsel;

12      (3)    On order of a court of the United States or on request of an attorney for the
13      Government, the person in charge of the corrections facility in which defendant is
14      confined shall deliver the defendant to a United States Marshal for the purpose of
15      an appearance in connection with a court proceeding; and

16      (4)    The clerk shall direct copies of this Order to counsel for the United States, to
17      counsel for the defendant, to the United States Marshal, and to the United States
18      Pretrial Services Officer.

19  DATED this 13th day of May, 2008.

20

21                                        Mary Alice Theiler
                                      United States Magistrate Judge

22

DETENTION ORDER                                                15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 2